Michael K. Brown (State Bar No. 104252)
Thomas J. Yoo (SBN 175118)
Steven J. Boranian (SBN 174183)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080

Ralph Campillo (State Bar No. 70376)
Wendy Tucker (State Bar No. 121122)
SEDGWICK, DETERT, MORAN & ARNOLD
801 South Figueroa St., Suite 1800
Los Angeles, CA 90017
Telephone:   (213) 426.6900
Facsimile:   (213) 426.6921

Kevin J. Dunne, Esq. (State Bar No. 40030)
Gayle L. Gough, Esq. (State Bar No. 154398)
SEDGWICK, DETERT, MORAN & ARNOLD
One Embarcadero Center, 16th Floor
San Francisco, CA 94111
Telephone:   (415) 781-7900
Facsimile:   (415) 781-2635

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL LOPEZ and ANGELA VILLAREAL,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., and DOES 1-10,<br><br>Defendants. | No. C 05-03130 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, MDL NO. 1657** |

1  The parties, by and through their counsel, stipulate to and respectfully request a stay of all
2  proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability*
3  *Litigation*, MDL No. 1657.

5  Plaintiffs allege personal injuries and loss of consortium attributed to the prescription drug
6  VIOXX®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed VIOXX®, but
7  voluntarily withdrew VIOXX® from the market on September 30, 2004.

9  On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an
10 order transferring 148 VIOXX®-related cases to the United States District Court for the Eastern
11 District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to
12 seek the transfer of this action to that Multidistrict Litigation, *In re VIOXX Products Liability*
13 *Litigation*, MDL No. 1657, and will provide the JPML with notice of this action pursuant to the
14 procedure for "tag along" actions set forth in the rules of the JPML. A stay will potentially conserve
15 judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*,
16 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further
17 judicial economy because "any efforts on behalf of this Court concerning case management will
18 most likely have to be replicated by the judge that is assigned to handle the consolidated litigation").

20 / / / / /
21 / / / / /
22 / / / / /
23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /

– 1 –
STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX
PRODUCTS LIABILITY LITIGATION, MDL NO. 1657

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

DATED: August 3, 2005.

REED SMITH LLP

By /s/ Dana Kanton for
Steven J. Boranian
Attorneys for Defendant
Merck & Co., Inc.

DATED: August 5, 2005.

FURTADO JASPOVICE & SIMMONS

By /s/
Richard J. Simons
Attorneys for Plaintiffs
Ismael Lopez And Angela Villareal,

## ORDER

Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED: August 26, 2005

/s/ Jeffrey S. White
United States District Judge

— 2 —

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX PRODUCTS LIABILITY LITIGATION, MDL NO. 1657